# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 293-1 | **DATE** | 4/10/2008 |
| **CASE TITLE** | USA vs. Eric Lawrence | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest 4/10/08. Enter Order appointing Imani Chiphe of the Federal Defender Program as counsel for Defendant. Defendant waives identity hearing. Defendant does not contest detention. Order Defendant removed in custody to the Northern District of Iowa.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|