# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Lawrence

FOR: AT:

**FILED APR 10 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

PERSON REPRESENTED (Show your full name):

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE: ☑ Felony  ☐ Misdemeanor

LOCATION NUMBER:

DOCKET NUMBERS:
- Magistrate:
- District Court: 08CR293
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment: 2-'08
- How much did you earn per month? $ 9 an 1/hr
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- RECEIVED: N/A
- SOURCES: N/A

**CASH** — Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No  IF YES, state total amount $ 0

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- VALUE: N/A
- DESCRIPTION: N/A

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: Utilities — $120
- Rent — $340

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4-10-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Eric Lawrence*