UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**               **OFFICE OF THE CLERK**
    **CLERK**                                             April 16, 2008

Northern District of Iowa
Mr. Robert L. Phelps II, Clerk
United States District Court
Federal Building and United States
Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

**Re:**  USA v. Eric Lawrence  - 08 CR 293

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ | Docket Sheet, Case No.: 08 CR 293 | _X_ Order of Removal dated: 4/10/08 |
| _X_ | Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ | Financial Affidavit | ____ Temporary Commitment |
| _X_ | Order appointing counsel | ____ Order setting conditions of release |
| ____ | CJA 20 Form | ____ Detention Order |
| _X_ | Appearance form | ____ Appearance Bond |
| | | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

    Sincerely yours,

    Michael W. Dobbins, Clerk

    by: _____
    Marsha E. Glenn , Deputy Clerk

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**  **OFFICE OF THE CLERK**
    **CLERK**  April 16, 2008

Northern District of Iowa
Mr. Robert L. Phelps II, Clerk
United States District Court
Federal Building and United States
Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

**Re:** USA v. Eric Lawrence  - 08 CR 293

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 293 | _X_ Order of Removal dated: 4/10/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

    Sincerely yours,

    Michael W. Dobbins, Clerk

    by: _____
    Marsha E. Glenn , Deputy Clerk

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

**OFFICE OF THE CLERK**
April 16, 2008

Northern District of Iowa
Mr. Robert L. Phelps II, Clerk
United States District Court
Federal Building and United States
Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

**Re:** USA v. Eric Lawrence  - 08 CR 293

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | | |
|---|---|---|---|
| _X_ | Docket Sheet, Case No.: 08 CR 293 | _X_ | Order of Removal dated: 4/10/08 |
| _X_ | Affidavit in Removal | ____ | Final Commitment Proceedings |
| _X_ | Financial Affidavit | ____ | Temporary Commitment |
| _X_ | Order appointing counsel | ____ | Order setting conditions of release |
| ____ | CJA 20 Form | ____ | Detention Order |
| _X_ | Appearance form | ____ | Appearance Bond |
| | | ____ | Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn , Deputy Clerk