REC'D APR 2 1 2008

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
April 16, 2008

Northern District of Iowa
Mr. Robert L. Phelps II, Clerk
United States District Court
Federal Building and United States
Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

F I L E D

APR 2 4 2008   PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:  USA v. Eric Lawrence - 08 CR 293

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 293 | _X_ Order of Removal dated: 4/10/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| _X_ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk