MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: OS CK 293

Northern District of Iowa
Mr. Robert L. Phelps II, Clerk
United States District Court
Federal Building and United States
Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Denise Picken
☑ Agent
☐ Addressee

B. Received by (Printed Name)
Denise Pickens

C. Date of Delivery
4-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

FILED 293

APR 25 2008

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Yes

2. Article Number
(Transfer from service label)

7006 2150 0005 2036 0142

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

# FILED

APR 2 5 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED APR 2 5 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

OS CR 293